1    SEYFARTH SHAW LLP
Eric M. Steinert, State Bar No. 168384
2    Justin T. Curley, State Bar No. 233287
560 Mission Street, Suite 3100
3    San Francisco, California  94105
Telephone: (415) 397-2823
4    Facsimile: (415) 397-8549
E-mail: esteinert@seyfarth.com
5    E-mail: jcurley@seyfarth.com

6    Attorneys for Defendant
Wells Fargo Bank, N.A. (erroneously sued as
7    Wells Fargo Dealer Services, Inc.)

8    LKP LEGAL SERVICES
Lakeisha K. Poole, State Bar No. 247724
9    1370 E. Willow Road
Menlo Park, California  94025
10    Telephone: (408) 580-4103
Facsimile: (650) 367-7101
11    E-mail: lkpoole@hotmail.com

12    Attorneys for Plaintiffs
Anthony Quinn and Elliott Rosette

13

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| Anthony Quinn, an individual, and Elliott Rosette, an individual, | Case No. 13-cv-1780-CRB |
| Plaintiffs, | **STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE AND ORDER** |
| v. | |
| Wells Fargo Dealer Services, Inc. and DOES 1-50, inclusive, | **[N.D. Cal. Civil Local Rule 6-2]** |
| Defendants. | |

Defendant Wells Fargo Bank, N.A. and Plaintiffs Anthony Quinn and Elliott Rosette

(collectively, the "Parties") hereby submit the following Stipulated Request for an Order Changing

Time of Case Management Conference and [Proposed] Order, pursuant to Northern District of

California Civil Local Rule 6-2:

WHEREAS, pursuant to a stipulation and order submitting this matter to private mediation, the Parties have agreed to privately mediate this action with Jerry Spolter, Esq. of JAMS;

WHEREAS, due to Mr. Spolter's schedule, the Parties were not able to schedule a mediation with him until November 1, 2013;

WHEREAS, the date of the Parties' mediation is the same date as the currently scheduled Case Management Conference in this matter;

WHEREAS, the Parties believe it is appropriate to continue the currently scheduled Case Management Conference in this matter two (2) weeks, so as to allow the Parties sufficient time to complete the mediation and to report back to the Court regarding the outcome of the mediation in advance of the Case Management Conference;

WHEREAS, there have been no previous time modifications in this case; and

WHEREAS, the Parties believe a short continuance of the Case Management Conference will not have any material effect on the schedule for this case.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their respective counsel of record, as follows:

The Case Management Conference in this matter currently scheduled for November 1, 2013 at 8:30 a.m. shall be continued until November 15, 2013 at 8:30 a.m., or to another date convenient to the Court's calendar.

**IT IS SO STIPULATED.**

DATED: October 22, 2013                           SEYFARTH SHAW LLP


By     s/ Justin T. Curley
                              Eric M. Steinert
                              Justin T. Curley

Attorneys for Defendant
Wells Fargo Bank, N.A.

2

**STIPULATED REQUEST FOR ORDER CHANGING**
**TIME OF CMC AND [PROPOSED] ORDER**                    **Case No. 13-cv-1780-CRB**

1    DATED: October 22, 2013                    LKP LEGAL SERVICES

2

3                                               By _____s/ Lakeisha K. Poole_____
                                                        Lakeisha K. Poole
4
                                                Attorneys for Plaintiffs
5                                               Anthony Quinn and Elliott Rosette

6

7                                    **ORDER**

8         The Case Management Conference in this matter currently scheduled for November 1, 2013 at

9    8:30 a.m. is continued until November 22, 2013 at 8:30 a.m.

10        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11
     Date:   October 23, 2013                    _____
12                                               HON. CHA...
                                                 United State...
13

14

15

16   16329464v.1

17

18

19

20

21

22

23

24

25

26

27

28

                                          3
**STIPULATED REQUEST FOR ORDER CHANGING**
**TIME OF CMC AND [PROPOSED] ORDER**                        **Case No. 13-cv-1780-CRB**