1  SEYFARTH SHAW LLP
   Eric M. Steinert, State Bar No. 168384
2  Justin T. Curley, State Bar No. 233287
   560 Mission Street, Suite 3100
3  San Francisco, California  94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549
   E-mail: esteinert@seyfarth.com
5  E-mail: jcurley@seyfarth.com

6  Attorneys for Defendant
   Wells Fargo Bank, N.A. (erroneously sued as
7  Wells Fargo Dealer Services, Inc.)

8  LKP LEGAL SERVICES
   Lakeisha K. Poole, State Bar No. 247724
9  1370 E. Willow Road
   Menlo Park, California  94025
10 Telephone: (408) 580-4103
   Facsimile: (650) 367-7101
11 E-mail: lkpoole@hotmail.com

12 Attorneys for Plaintiffs
   Anthony Quinn and Elliott Rosette
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16

17 Anthony Quinn, an individual, and Elliott Rosette,    Case No. 13-cv-1780-CRB
   an individual,
18                                                        **STIPULATED REQUEST FOR ORDER**
                    Plaintiffs,                           **CHANGING TIME OF CASE**
19                                                        **MANAGEMENT CONFERENCE AND**
              v.                                          **ORDER**
20
   Wells Fargo Dealer Services, Inc. and DOES            **[N.D. Cal. Civil Local Rule 6-2]**
21 1-50, inclusive,

22                  Defendants.

23

24        Defendant Wells Fargo Bank, N.A. and Plaintiffs Anthony Quinn and Elliott Rosette

25 (collectively, the "Parties") hereby submit the following Stipulated Request for an Order Changing

26 Time of Case Management Conference and [Proposed] Order, pursuant to Northern District of

27 California Civil Local Rule 6-2:

28

                                         1
   **STIPULATED REQUEST FOR ORDER CHANGING**
   **TIME OF CMC AND [PROPOSED] ORDER**                              **Case No. 13-cv-1780-CRB**

WHEREAS, pursuant to a stipulation and order submitting this matter to private mediation, the Parties have agreed to privately mediate this action with Jerry Spolter, Esq. of JAMS;

WHEREAS, due to Mr. Spolter's schedule, the Parties were not able to schedule a mediation with him until November 1, 2013;

WHEREAS, the date of the Parties' mediation is the same date as the currently scheduled Case Management Conference in this matter;

WHEREAS, the Parties believe it is appropriate to continue the currently scheduled Case Management Conference in this matter two (2) weeks, so as to allow the Parties sufficient time to complete the mediation and to report back to the Court regarding the outcome of the mediation in advance of the Case Management Conference;

WHEREAS, there have been no previous time modifications in this case; and

WHEREAS, the Parties believe a short continuance of the Case Management Conference will not have any material effect on the schedule for this case.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their respective counsel of record, as follows:

The Case Management Conference in this matter currently scheduled for November 1, 2013 at 8:30 a.m. shall be continued until November 15, 2013 at 8:30 a.m., or to another date convenient to the Court's calendar.

**IT IS SO STIPULATED.**

DATED: October 22, 2013          SEYFARTH SHAW LLP


By _____ s/ Justin T. Curley _____
          Eric M. Steinert
          Justin T. Curley

Attorneys for Defendant
Wells Fargo Bank, N.A.

2

1    DATED: October 22, 2013                    LKP LEGAL SERVICES

2

3                                               By _____s/ Lakeisha K. Poole_____
                                                         Lakeisha K. Poole
4
                                                Attorneys for Plaintiffs
5                                               Anthony Quinn and Elliott Rosette

6

7                                      **ORDER**

8        The Case Management Conference in this matter currently scheduled for November 1, 2013 at

9    8:30 a.m. is continued until November 22, 2013 at 8:30 a.m.

10       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11
     Date:   October 23, 2013
12                                              _____
                                                HON. CHA
13                                              United State

14

15

16   16329464v.1

17

18

19

20

21

22

23

24

25

26

27

28

                                           3

**STIPULATED REQUEST FOR ORDER CHANGING**
**TIME OF CMC AND [PROPOSED] ORDER**                          **Case No. 13-cv-1780-CRB**